**91–2417.** State v. Lewis. *Cuyahoga County,* No. 59535. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.

On motion to set execution date. Motion granted.

**92–405.** State v. Hawkins. *Hamilton County,* Nos. C–920092 and C–910017. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.

**94–722.** State v. Fautenberry. *Hamilton County,* No. C–920734. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.

**95–58.** State ex rel. Huebner v. W. Jefferson Village Council. *Madison County,* No. CA94–08–030. On application for attorney fees. Application denied and costs denied.

Moyer, C.J., and Cook, J., dissent and would allow attorney fees only.

Stratton, J., not participating.

**95–1380.** State ex rel. Alben v. State Emp. Relations Bd. In Mandamus. On request for oral argument. Request denied.

F.E. Sweeney, J., dissents.

**95–1703.** Nehls v. Quad K Advertising. *Cuyahoga County,* No. 67358. On motion to remand appeal to implement settlement. Motion granted and cause remanded to the court of appeals with instructions for it to remand to the court of common pleas.

Resnick, Pfeifer and Cook, JJ., dissent.

**95–1779.** Columbus Metro. Community Action Org. v. Enyart. *Franklin County,* No. 94APE12–1802. On motion to retrieve attorney fees and costs. Motion denied.

Stratton, J., not participating.

**96–18.** State ex rel. Vance v. Marikis. *Franklin County,* No. 94APD12–1784. On motion to consolidate case with 96–472, *State ex rel. Vance v. Marikis,* Franklin County, No. 94APD12–1784. Motion granted.

**96–65.** State v. Brown. *Cuyahoga County,* No. 67653. On motion for appeal bond. Motion denied.

**96–136.** In re Election of November 7, 1995 for the Office of Member of Rock Hill Local School Dist. Bd. of Edn. *Lawrence County,* No. 95OC873. On motion to dismiss appeal of Wanda Jenkins. Motion denied.

On motion to dismiss appeal of Lawrence County Board of Elections. Motion granted.

On motion to amend notice of appeal of Lawrence County Board of Elections. Motion denied.

On motion to supplement record by Lawrence County Board of Elections. Motion denied.

**96–312.** Keppel v. Keppel Estate. *Lorain County,* No. 95CA006157. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 94–2569, *Cole v. Holland,* Summit County, No. 16703; briefing schedule stayed.

Moyer, C.J., F.E. Sweeney and Cook, JJ., dissent.

**96–445.** Calvaruso v. Ohio Biodyne, Inc. *Summit County,* No. 17273. On motion to seal record/all documents filed in case. Motion granted.

Pfeifer, J., dissents.

**96–468.** State v. Howe. *Montgomery County,* No. 13969. On motion to consolidate with 96–676, *State v. Howe,* Montgomery County, No. 15139. Motion granted.

Pfeifer and Cook, JJ., dissent.

**96–505.** State v. Shephard. *Montgomery County,* No. 14045. On motion for leave to file delayed appeal. Motion denied.

**96–574.** State v. Moore. *Franklin County,* No. 95APA05–629. On motion for leave to file delayed appeal. Motion denied.

Pfeifer and Stratton, JJ., dissent.